TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00364-CV







Peter Altman, Appellant



v.



San Diego Plastics, Inc., Appellee







FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY


NO. 220,210, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING







PER CURIAM


 The parties have filed a joint motion to dismiss this appeal. The motion is granted. 
Tex. R. App. P. 59(a)(1)(A).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Jones and B. A. Smith

Dismissed on Joint Motion

Filed: October 11, 1995 

Do Not Publish